[No. 37830-2-II.  Division Two.  December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD J. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01608-6, Richard D. Hicks, J., entered June 6, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38012-9-II.  Division Two.  December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME C. PENDER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00886-5, Christine A. Pomeroy, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J.; Quinn-Brintnall, J., dissenting.

[No. 38035-8-II.  Division Two.  December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE WILLIAM McCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00006-8, James E. Warme, J., entered July 1, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 38126-5-II.  Division Two.  December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE ROY GOODWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00738-0, James W. Lawler, J., entered July 23, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.